■ In the Matter of HENRY TORRES, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [18 NYS3d 899]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Lahtinen, J.P., McCarthy, Egan Jr. and Lynch, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.